JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00043-JAD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (First Request) |
| BRYSON McCONAHY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney; Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for defendant BRYSON McCONAHY, that the sentencing hearing currently scheduled for October 16, 2023, at the hour of 11:00 a.m., be vacated and continued to a date and at a time convenient to the Court, as soon as possible after October 31, 2023.

This Stipulation is entered into for the following reasons:

1. Contrary to Local Rule of Criminal Procedure 32-1(b), counsel for the government was not made aware of the Defendant's extensive objections to the Presentence Investigation Report ("PSR") until October 5, 2023, when the revised

1

PSR was provided to the parties. And the Defendant did not confirm that he would be proceeding on these objections until the evening of October 6, 2023, when he filed his sentencing memorandum.

2. As such, counsel for the government needs additional time to adequately and effectively respond to the Defendant's objections to the PSR.

3. Moreover, counsel for the government reached out to the case agent and potential witness to the contested facts in the PSR, who advised the government that he is unavailable until after October 31, 2023.

4. The parties agree to the additional time.

5. The defendant is not in custody and does not object to the continuance.

6. This is the first request for a continuance of the sentencing date.

Dated: October 12, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


/s/ Jacquelyn N. Witt
_____
JACQUELYN N. WITT
Assistant Federal Public Defender
Counsel for Defendant BRYSON McCONAHY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYSON McCONAHY,<br><br>Defendant. | Case No.: 2:22-cr-00043-JAD-BNW<br><br>**ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Contrary to Local Rule of Criminal Procedure 32-1(b), counsel for the government was not made aware of the Defendant's extensive objections to the Presentence Investigation Report ("PSR") until October 5, 2023, when the revised PSR was provided to the parties. And the Defendant did not confirm that he would be proceeding on these objections until the evening of October 6, 2023, when he filed his sentencing memorandum.

2. As such, counsel for the government needs additional time to adequately and effectively respond to the Defendant's objections to the PSR.

3. Moreover, counsel for the government reached out to the case agent and potential witness to the contested facts in the PSR, who advised the government that he is unavailable until after October 31, 2023.

4. The parties agree to the additional time.

5. The defendant is not in custody and does not object to the continuance.

6. This is the first request for a continuance of the sentencing date.

3

7. For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for October 16, 2023, at the hour of 11:00 a.m., be vacated and continued November 8, 2023, at 11:00 a.m.

DATED this 12th day of October, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE