UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Bryson McConahy,<br><br>    Defendant. | Case No. 2:22-cr-00043-JAD-BNW<br><br>**Order re ECF No. 51** |

Pending before the Court is Defendant McConahy's motion for copies. ECF No. 51. He explains he wishes to pursue post-conviction remedies and requests the full docket sheet, his latest indictment, his plea agreement, his judgment of commitment, and the transcript of sentencing hearing. The Court will send copies to him of all listed documents which are not transcripts.

First, there are no transcripts of his sentencing hearing. In addition, Defendant does not have right to received these transcripts free of charge. Instead,

> in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose *if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal*. Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States *if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)*.

28 U.S.C.§ 753(f)(emphasis added). Defendant has not met this statute. As a result, the Court will not provide transcripts. It will, nevertheless, attach a transcript request form should Defendant wish to pay for it.

**IT IS THEREFORE ORDERED** that Defendant's motion (ECF No. 51) is GRANTED in part.

IT S FURTHER ORDERED that the Clerk send the following documents to Defendant:

- A copy of the docket sheet
- ECF No. 2 (Indictment)

1

- ECF No. 32 (Memorandum in support of guilty plea without plea agreement)
- ECF No. 50 (Judgment)
- Form AO 435 (Transcript order form)

DATED: June 26, 2025.

*[signature]*

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2